902 F.2d 1559
 Guttman (Monroe, Loreta), Rees (Janet), Bittner (Evelyn)
v.
Baltimore & Ohio Railroad Co., Price (W.), Decker (Alonzo,
Jr.), Nolan (James), Deane (Frederick, Jr.), O'Keefe (James
L.), Devine (Gregory S.), Le Febre (Fay A.), Camicia
(Nicholas T.), Eisenhower (Milton S., Dr.), Muller (Steven),
Stevenson (John K.), Watkins (Hays T.), Simpson (Howard E.),
Eaton (Cyrus S.), Chesapeake and Ohio Railroad, Chessie
System, Inc., Jutting (Hans J., Eugenia)
 NOS. 89-3594, 89-3595
 United States Court of Appeals,
Third Circuit.
 APR 09, 1990
 
 Appeal From: W.D.Pa.,
 Weber, J.
 
 
 1
 AFFIRMED.